IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| VANDERBILT E. MILLER, | |
| Petitioner | |
| | NO. 5:06-CV-407 (CAR) |
| VS. | |
| BILLY BROWN, Warden, | |
| Respondent | PROCEEDINGS UNDER 28 U.S.C. § 2254 BEFORE THE U.S. MAGISTRATE JUDGE |

## RECOMMENDATION

Before the court is respondent BILLY BROWN's Motion to Dismiss the above-styled habeas corpus action. Tab #12. The respondent's motion avers that the instant petition is successive and that this district court therefore lacks jurisdiction as to the matter. Petitioner Vanderbilt Miller has responded to the respondent's motion. Tab #17.

Petitioner Miller does not contest that the he has had a federal habeas petition dismissed as untimely on April 7, 2003 (*Miller v. Jarriel*, No. 5:02-CV-414 (DF) (M. D. Ga. 2003)), but instead avers that his instant petition is based on new evidence that proves his actual innocence.

### DISCUSSION

*Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application.*

28 U.S.C. §2244(b)(3)(A).

Petitioner Miller has not demonstrated that he has moved the Eleventh Circuit for an order authorizing this court to consider his petition and this court is therefore without jurisdiction with respect to this matter. Accordingly, IT IS RECOMMENDED that the respondent's Motion to Dismiss be **GRANTED**. Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

SO RECOMMENDED this 22nd day of AUGUST, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE