# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

VANDERBILT E. MILLER,    :
           :  5:06-cv-407 (CAR)
    Petitioner,   :
           :
vs.         :  HABEAS CORPUS
           :  28 U.S.C. § 2254
BILLY BROWN, Warden,   :
           :
    Respondent.  :
_____

## *ORDER ON THE REPORT AND RECOMMENDATION*
## *OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is a Report and Recommendation (Doc.25) from United States

Magistrate Judge Claude W. Hicks, Jr., that recommends granting Respondent's Motion to

Dismiss the Petition as Successive (Doc. 12).  Petitioner has subsequently filed an

Objection to the Recommendation (Doc. 26); however, Petitioner offers no legal

arguments in his Objection. Instead, Petitioner asks this Court to transfer his petition to the

Eleventh Circuit Court of Appeals.  Pursuant to 28 U.S.C. § 636(b)(1), the Court has

thoroughly considered Petitioner's Objection, has made a de novo determination of the

portions of the Recommendation to which Petitioner objects, and finds the Objection to be

without merit.  As stated by the Magistrate Judge, because Petitioner has previously filed a

federal habeas petition, which was dismissed, the Court is without jurisdiction to consider

the petition. Accordingly, the Recommendation is Accepted, Respondent's Motion to

Dismiss the Petition as Successive is Granted, and Petitioner's Habeas Corpus Petition is

Dismissed.

**SO ORDERED**, this 18th day of September, 2007.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SCS/ssh